**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JUAN PEREZ MASCURRO;
JOSE GUTIERREZ; GUILLERMO
LOPEZ; ELVIS RIVERA-VILLALTA;
ALEJANDRO VILLA-GARCIA; JUAN
QUINTERO-ZAZUETA; MONI FANNI
DEL ROSARIO; SANDY SALDANA;
FRANKLIN ALMONTE JIMENEZ;
JOSE REGALADO; SIRIO MEDINA;
ALEXIS VELASUEZ; JOSE NOE
HERRERA; JESUS HERNANEZ-
SALAZAR; MARCOS NAVARRO
PEREZ; JOSE GARCIA RODRIGUEZ;
JOSE TREGO; JESUS VERA VEGA;
JONATHAN MEJIA MIRANDA;
LUCIANO ORTIZ LOPEZ; CESAR
OCTAVIO DIAZ MORENO; JOSE
GUZMAN; FEDERICO MERCADO
CONTRERAS; and JOSE CARREON,

                    Plaintiffs,

              v.

THE GEO GROUP, INC.; TRACY
JOHNS, Warden; JESSICA M.
SHOCKLEY; ROGER B. PERRY;
FEDERAL BUREAU OF PRISONS;
BOP REGIONAL ADMINISTRATOR;
and BOP GENERAL COUNSEL,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.: CV513-079

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

Plaintiffs' complaint is **DISMISSED** due to Plaintiffs' failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 9 day of December, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA